IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19-cr-00517 |
| | ) | |
| Plaintiff, | ) | SR. JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY GREER, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

This matter was before the Court on March 17, 2022, for hearing on the Government's request for revocation of Defendant Anthony Greer's supervised release. The Defendant was present and represented by counsel.

An Initial Supervised Release Violation hearing was held by Magistrate Judge David A. Ruiz on January 5, 2022, at which defendant was advised of the following violations contained in the Violation Report ("Report"): Violation No. 1, Failure to Report to the Office as Directed. The Magistrate Judge issued a Report and Recommendation on January 13, 2022.

The Courts adopts the Report and Recommendation of Magistrate Judge David A. Ruiz and finds Defendant in violation of Violation Nos. 1. The court also found Defendant in new law violations of No 3. Contraband Observed in Plain View and Negatively Terminated from Cognitive Behavioral Treatment.

Defendant's supervision to continue with the same conditions as previously imposed with the following added conditions:

**Substance Abuse Treatment and Testing**
The defendant shall participate in an approved program of substance abuse testing and/or outpatient or inpatient substance abuse treatment as directed by their supervising officer; and abide by the rules of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing.

**Community Confinement Center**
You must reside in a Community Confinement Center for a period of 120 days. You must follow the program rules. You are permitted to work, worship, and attend treatment. The subsistence fee is waived.

 IT IS SO ORDERED.

                                                                          s/ Christopher A. Boyko
                                                                          CHRISTOPHER A. BOYKO
                                                                          SENIOR UNITED STATES DISTRICT JUDGE

DATED: March 17, 2022